1058

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RHEM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 230051R100, James M. Marshall, J. Pro Tem., entered December 2, 1991. *Vacated* and *remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM R. KOWOLCHUCK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00378-7, Barbara D. Johnson, J., entered July 9, 1990. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Petrich, C.J., and Pearson, J. Pro Tem.

NANCY PECHMAN, ET AL, *Appellants*, v. LA CENTER SCHOOL DISTRICT NO. 101, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-2-01820-6, Robert L. Harris, J., entered December 11, 1990. *Reversed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Petrich, C.J., and Wieland, J. Pro Tem.